IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01824-WDM-OES

PRESTIGE REAL ESTATE GROUP, LLC,

    Plaintiff,

v.

VIRTUAL PROPERTIES, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion to stay or dismiss, etc.(document #10) and defendant's answer, etc (document #11)  are stricken for failure to comply with D.C.COLO.LCivR 10.1E.

Dated:  September 29, 2005

                                            /s/ Jane Trexler, Secretary/Deputy Clerk