IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01824-WDM-OES

PRESTIGE REAL ESTATE GROUP, LLC,

     Plaintiff,

v.

VIRTUAL PROPERTIES, INC.,

     Defendant.

_____

## MINUTE ORDER

_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

     The following minute order is entered by Judge Walker D. Miller:

     Defendant's withdrawal of motion is granted; the motion to stay or dismiss is withdrawn.

Dated:  December 16, 2005

                    /s/ Jane Trexler, Secretary/Deputy Clerk