IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01824-WDM-MEH

PRESTIGE REAL ESTATE GROUP, LLC, a Colorado limited liability company,

    Plaintiff,

v.

VIRTUAL PROPERTIES, INC., a Wisconsin corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2006.**

Based upon the parties' agreement, and the entire record herein, the Joint Motion for Stipulated Protective Order Regarding Trade Secrets and Confidential Information [Filed March 9, 2006; Docket #37] is **granted**. The Court will sign the Protective Order and enter it on the record.